The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHUMABUBU ABDYRAKHMANOVA, an individual; ADYL ARSLANBEK UULU, an individual; MARKUS BIACSICS, an individual; MAKSYM DRAHOMYR, an individual; VIACESLAV IVANCHYK, an individual; SVITLANA KARPALOVA, an individual; INNA KORMAN, an individual; DENYS KNIAZIEV, an individual; MELIH KORKMAZ, an individual; ZINAIDA LEINVEBER, an individual; ISABEK MAMYTOV, an individual; VARTAN MANUKYAN, an individual; OLEH MYHA, an individual; SERHII OLIINYK, an individual; TETIANA PUSTOVIT, an individual; KIERAN RIVERA, an individual; ANASTASIIA SHVEHLO, an individual; TETIANA SIERHIEIEVA, an individual; OLEKSII ULANOV, an individual; TETIANA VOLOCHNIUK, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01646-KKE<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE** |

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01646-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Proctor & Gamble Company (collectively, "Plaintiffs") for leave to file an over-length *ex parte* motion for alternative service (the "Motion"), under Local Civil Rule 7(f). The Court GRANTS Plaintiffs' motion (Dkt. No. 9), having considered Plaintiffs' Motion and finding good cause. Plaintiffs may file a motion for alternative service not to exceed 2,700 words.

SO ORDERED this 9th day of January, 2024.

*(signature)*

Kymberly K. Evanson
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-01646-KKE)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax