UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, et al., | CASE NO. C23-1646-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| ZHUMABUBU ABDYRAKHMANOVA, et al., | |
| Defendant(s). | |

In February 2024, the clerk entered default against Defendants. Dkt. No. 17. Since that time, Plaintiffs have not moved for default judgment or requested any other relief from this Court. Plaintiffs are therefore ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute, no later than October 4, 2024.

Dated this 13th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1