The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZHUMABUBU ABDYRAKHMANOVA, an individual; ADYL ARSLANBEK UULU, an individual; MARKUS BIACSICS, an individual; MAKSYM DRAHOMYR, an individual; VIACESLAV IVANCHYK, an individual; SVITLANA KARPALOVA, an individual; INNA KORMAN, an individual; DENYS KNIAZIEV, an individual; MELIH KORKMAZ, an individual; ZINAIDA LEINVEBER, an individual; ISABEK MAMYTOV, an individual; VARTAN MANUKYAN, an individual; OLEH MYHA, an individual; SERHII OLIINYK, an individual; TETIANA PUSTOVIT, an individual; KIERAN RIVERA, an individual; ANASTASIIA SHVEHLO, an individual; TETIANA SIERHIEIEVA, an individual; OLEKSII ULANOV, an individual; TETIANA VOLOCHNIUK, an individual; and DOES 1-10,<br><br>Defendants. | No.  2:23-cv-01646-KKE<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01646-KKE)

Plaintiffs filed an *ex parte* motion to file an over-length motion for default judgment and permanent injunction against defendants. Dkt. No. 19. The Court, having considered the motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 9,300 words.

SO ORDERED this 20th day of September, 2024.

Kymberly K. Evanson
United States District Judge